## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ELMER MCBRIDE                                                                                         PLAINTIFF

v.                                          No. 5:12CV00178 JLH

TYSON FOODS, INC.                                                                                  DEFENDANT

### ORDER

Tyson Foods, Inc., has filed a motion to transfer this action to the Western District of Arkansas, Texarkana Division. Plaintiff does not object to the transfer. Accordingly, the Court orders that this action be immediately transferred to the Western District of Arkansas, Texarkana Division. Document #5.

IT IS SO ORDERED this 14th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE